

# Fourth Court of Appeals
## San Antonio, Texas

September 22, 2016

No. 04-16-00135-CR

Darrell **MOSQUEDA,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR4036
Honorable Kevin M. O'Connell, Judge Presiding

# O R D E R

Appellant's amended second motion for extension of time to file the appellant's brief is granted in part. We order counsel for appellant, Pat Montgomery, to file the appellant's brief by October 3, 2016. In the amended motion, counsel unequivocally assured the court that absent "extremely extraordinary circumstances," the brief will be filed by October 3, 2016. Counsel is advised that if a timely brief or motion for an extension of time showing extremely extraordinary circumstances is not filed, the appeal may be abated and remanded for an abandonment hearing.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of September, 2016.

_____
Keith E. Hottle
Clerk of Court